UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br><br>Plaintiff<br><br>v.<br><br>DHIRUBHAI P. PATEL, et al.,<br><br>Defendants | CASE NO. 1:16-CV-0329 AWI EPG<br><br>ORDER DISMISSING CASE FOR<br>FAILURE TO OBEY A COURT ORDER |

On May 23, 2016, Plaintiff filed a notice of settlement. See Doc. No. 6. On May 24, 2016, the Court issued a minute order that required Plaintiff to file dispositional papers within 30 days. See Doc. No. 7. The minute order warned Plaintiff that if dispositional papers were no received by that date, the Court would dismiss the case on its own authority. See id. Over 30 days have passed, and the Court has received no dispositional papers.

A court may dismiss a case based on the plaintiff's failure to obey a court order. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992). Here, this is clearly no longer an active case. The matter has settled and there is no indication that the case is otherwise being pursued. The Court's docket is too congested to keep settled matters open. Further, the Court expressly warned Plaintiff that dismissal would result if he did not file dispositional papers. The fact that he has not done so, nor filed anything further, clearly shows either acceptance of, or indifference to, a court ordered termination. Therefore, the Court will dismiss this case with prejudice. See id.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. This case is DISMISSED with prejudice in light of the notice of settlement and the failure to obey the Court's order; and

2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   July 6, 2016

SENIOR  DISTRICT  JUDGE